# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00662-CV

### The City of Austin d/b/a Austin Energy; and Larry Weis, General Manager, Austin Energy, Appellants

### v.

### MET Center NYCTEX, Phase II, Ltd., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-10-004269, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

PER CURIAM

The mandate in this cause issued by this Court on February 24, 2014, is hereby withdrawn.

It is ordered on July 15, 2014.

Before Justices Puryear, Henson, and Goodwin
  Justice Henson not participating